## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| ILTAF KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV02300(RJL) |
| ) | |
| CONDOLEEZZA RICE, Secretary of State ) | |
| of the United States, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

### NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: December 27, 2007

Respectfully submitted,


_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov