UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILTAF KHAN,<br>17 Washington Lane, Apt. G<br>Westminster, MD 21157,<br><br>    Plaintiff,<br>v.<br><br>CONDOLEEZZA RICE, Secretary of<br>State of the United States, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)  MOTION FOR EXPEDITED<br>)  DISCOVERY UNDER F.R.C.P. 26(d)<br>)  FOR PLAINTIFF'S APPLICATION<br>)  FOR PRELIMINARY INJUNCTION,<br>)  OR, IN THE ALTERNATIVE, FOR<br>)  EXPEDITED SUMMARY JUDGMENT<br>)<br>)  CASE NUMBER 1:07-cv-02300 (RJL)<br>)<br>)  AGENCY CASE NO. A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<br>)<br>)  JUDGE RICHARD J. LEON<br>) |

**MOTION FOR EXPEDITED DISCOVERY
UNDER F.R.C.P. 26(d) FOR PLAINTIFF'S
APPLICATION FOR PRELIMINARY INJUNCTION, OR, IN
<u>THE ALTERNATIVE, FOR EXPEDITED SUMMARY JUDGMENT</u>**

COMES NOW, Plaintiff, Iltaf Khan, through his undersigned counsel, and respectfully requests that this Honorable Court grant him an expedited discovery schedule under Federal Rule of Civil Procedure 26(d), for the reasons set forth in his Application for Preliminary Injunction, or, in the alternative, for Expedited Summary Judgment.

Respectfully submitted,

*/s/ Aron A. Finkelstein*

Aron A. Finkelstein, Esquire
D.C. Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff