AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OAM PARKASH
2901 Gem Circle
Austin, TX 78704,

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center.

Case: 1:07-cv-02298
Assigned To : Leon, Richard J.
Assign. Date : 12/21/2007
Description: TRO/PI

TO: (Name and address of Defendant)

EVELYN C. UPCHURCH, Director
Texas Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
4141 North St. Augustine Road,
Dallas, T.X. 75227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                  DEC 21 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 26, 2007 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served:

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

    G  Returned unexecuted:

    G  Other (specify):  Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 27, 2007
           Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Brian Green**

From: TrackingUpdates@fedex.com
Sent: Wednesday, December 26, 2007 11:55 AM
To: Brian Green
Subject: FedEx Shipment 952639382371 Delivered

```
This tracking update has been requested by:

Company Name:              LAW OFFICE OF SHEELA MURTHY
Name:                      ATTORNEY  BRIAN GREEN
E-mail:                    BRIANG@MURTHY.COM


Our records indicate that the following shipment has been delivered:

Reference:                 PARKASH BG/MB
Ship (P/U) date:           Dec 21, 2007
Delivery date:             Dec 26, 2007 10:19 AM
Sign for by:               P.BURRELL
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            Your Packaging
Number of pieces:          1
Weight:                    3.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           952639382371


Shipper Information              Recipient Information
ATTORNEY -BRIAN GREEN            EVELYN C. UPCHURCH, DIRECTOR
LAW OFFICE OF SHEELA MURTHY      TEXAS SERVICE CENTER
10451 MILL RUN CIRCLE;STE. 100   US DEPT OF HOMELAND SECURITY;
OWINGS MILLS                     USCIS;4141 NORTH ST. AUGUSTINE
MD                               ROAD
US                               DALLAS
21117                            TX
                                 US
                                 75227


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:55 AM CST
on 12/26/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.
```

12/26/2007