UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILTAF KHAN, <br><br> Plaintiff, <br> v. <br><br> CONDOLEEZZA RICE, Secretary of State of the United States, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case Number: 1:07CV02300(RJL) <br> ) <br> ) Agency Case: A088-155-798 <br> ) <br> ) Judge Richard J. Leon <br> ) |
| OAM PARKASH, <br><br> Plaintiff, <br> v. <br><br> CONDOLEEZZA RICE, Secretary of State of the United States, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case Number: 1:07CV02298(RJL) <br> ) <br> ) Agency Case: A098-586-297 <br> ) <br> ) Judge Richard J. Leon <br> ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
APPLICATIONS FOR PRELIMINARY INJUNCTION
AND THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE**

Plaintiffs Iltaf Khan and Oam Parkash, through their undersigned counsel, hereby provide notice to the Court that they are voluntarily withdrawing their pending Applications for Preliminary Injunction in the above-captioned actions, with the consent of Defendants. Plaintiffs respectfully request that the Court deem those Applications withdrawn. Plaintiffs' withdrawal of these Applications for Preliminary Injunction should moot the need for a Preliminary Injunction hearing, which this Court has scheduled for February 4, 2008.

In light of Plaintiffs' withdrawal of their pending Applications for Preliminary Injunction, counsel for the parties have agreed that this case should proceed on a more typical schedule instead of the expedited schedule that was set in light of the Application for Preliminary Injunction. Defendants intend to file a motion to dismiss pursuant to Rule 12(b) in response to Plaintiffs' complaint. The parties therefore propose that the Court adopt the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Defendants' 12(b) Motion | March 11, 2008 |
| Plaintiffs' Opposition Memorandum | March 25, 2008 |
| Defendants' Reply | April 8, 2008 |
| Hearing/Oral Argument | At the Court's convenience if the Court deems a hearing or argument necessary |

January 11, 2008

Respectfully submitted,

_____
ARON A. FINKELSTEIN, ESQUIRE
D.C. Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. BAR # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILTAF KHAN,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CONDOLEEZZA RICE, Secretary of State  )<br>of the United States, <u>et al.</u>  )<br>  )<br>       Defendants.  )<br>  ) | Case Number: 1:07CV02300(RJL)<br><br>Agency Case:  A088-155-798<br><br>Judge Richard J. Leon |
| OAM PARKASH,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CONDOLEEZZA RICE, Secretary of State  )<br>of the United States, <u>et al.</u>  )<br>  )<br>       Defendants.  )<br>  ) | Case Number: 1:07CV02298(RJL)<br><br>Agency Case:  A098-586-297<br><br>Judge Richard J. Leon |

**ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of their Applications for Preliminary Injunction and the Parties' Joint Proposed Briefing Schedule it is this _____ day of _____, 2008,

ORDERED that Plaintiffs' Applications for Preliminary Injunction be and hereby are deemed WITHDRAWN and that the Preliminary Injunction hearing calendared for February 4, 2008 be and hereby is CANCELED.

It is further ORDERED that the following briefing deadlines shall govern the above-captioned cases:

Defendants' Rule 12(b) Motion shall be due on or before March 11, 2008. Plaintiffs' opposition thereto shall be due on or before March 25, 2008. Defendants' Reply shall be due on or before April 8, 2008.

SO ORDERED.

_____
United States District Judge