UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILTAF KHAN,<br>17 Washington Lane, Apt. G,<br>Westminster, MD 21157,<br><br>　　　　Plaintiff,<br>v.<br><br>CONDOLEEZZA RICE, Secretary of<br>State of the United States, et al.,<br><br>　　　　Defendants. | )<br>)<br>)  STIPULATION OF DISMISSAL<br>)<br>)  CASE NUMBER 1:07-cv-02300 (RJL)<br>)<br>)  AGENCY CASE NO. A088-155-798<br>)<br>)  JUDGE RICHARD J. LEON<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. # 598610
United States Attorney

RUDOLPH CONTRERAS, D.C. # 434122
Assistant U.S. Attorney

_____
Aron A. Finkelstein, Esquire
D.C. Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

Counsel for Plaintiff

Robin M. Meriweather, D.C. # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7198

Counsel for Defendants